UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION



FILED
NOV 16 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MINOSA ECHOLS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-04055-SEM |
| | ) | |
| TERESA JOHNSON, RICHARD A. LOGAN, | ) | |
| and SCOTT WALLACE, | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

**1. We, the jury, find as follows on Plaintiff's Fourteenth Amendment Failure to Protect claim:**

*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Teresa Johnson | _____ | or | ___X___ |
| Richard A. Logan | _____ | or | ___X___ |
| Scott Wallace | _____ | or | ___X___ |

*(If you found in favor of Defendants, skip part 2 and proceed to part 3 because you will not award damages. If you found against one or more Defendants, fill in below the total amount of compensatory damages you award.).*

**2. Having found for Plaintiff, we fix Plaintiff's total compensatory damages as**

$ _____.

*(If you found against a Defendant, but found that Plaintiff failed to prove compensatory damages, then write $1.00 for damages.)*

## Verdict Form Part 3—Signatures and Date

Having reached a unanimous agreement, we, the jury, affix our signatures below.

Date: 11-14-2022

s/ juror
_____
Presiding Juror

s/ juror
_____

s/ juror
_____

s/ juror
_____

s/ juror
_____

s/ juror
_____

s/ juror
_____