**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| MINOSA ECHOLS,<br><br>       Plaintiff,<br><br>  v.<br><br>TERESA JOHNSON, RICHARD LOGAN, SCOTT WALLACE,<br><br>       Defendants. | Case No. 4:20-cv-04054-SEM-KLM<br><br>Judge Sue E. Myerscough |

**PLAINTIFF MINOSA ECHOLS'**
**NOTICE OF APPEAL**

    Plaintiff Minosa Echols hereby gives notice that he appeals to the United States Court of Appeals for the Seventh Circuit this Court's Order [ECF 127] refusing Plaintiff's proposed final jury instruction No. 1A regarding the elements of a failure to protect claim under the Fourteenth Amendment, the Jury Instructions [ECF 133] read and displayed to the jury over Plaintiff's objection, and the subsequent Judgment [ECF 138] in favor of Defendants Richard A. Logan, Scott Wallace, and Teresa Johnson and against Plaintiff Echols entered on November 16, 2022.

    The Seventh Circuit will have jurisdiction over this appeal under 28 U.S.C. § 1291.

Dated: December 15, 2022        Respectfully submitted,

                                      */s/ Sean H. Suber*
                                        Julie A. Bauer (jbauer@winston.com)
                                        Sean H. Suber (ssuber@winston.com)
                                        DaWanna L. McCray (dmccray@winston.com)
                                        Amanda M. Stephens (astephens@winston.com)
                                        Winston & Strawn LLP
                                        35 West Wacker Drive
                                        Chicago, Illinois 60601
                                        Telephone: 312-558-5600
                                        Fax: 312-558-5700

CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that the foregoing **NOTICE OF APPEAL** was filed on December 15, 2022 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Maria D. Gray
maria.gray@ilag.gov
Office of the Attorney General
500 South Second Street
Springfield, IL 62701
Telephone: (217) 782-5819

                                               By:    */s/ Amanda M. Stephens*
                                                         Counsel for Plaintiff